No. 72–6780.  FERRARI *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 72–6781.  LASSITER *v.* NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.

No. 72–6782.  HARPER *v.* TEGTMEYER, ACTING COMMISSIONER OF PATENTS, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 72–6783.  CLAYTON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6786.  SACASAS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6788.  WILKINS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–6789.  GOMEZ *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 72–6790.  SMILGUS *v.* LETTS, JUDGE.  C. A. 6th Cir.  Certiorari denied.

No. 72–6792.  ECKERT *v.* UNITED STATES DEPARTMENT OF THE TREASURY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 72–6793.  RICHARDSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–6795.  BUTLER *v.* CRAVEN, WARDEN.  Sup. Ct. Cal.  Certiorari denied.

No. 72–6796.  HAWKS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.